STEVEN M. SELNA (SBN 133409)
steven.selna@dbr.com
AMY P. FRENZEN (SBN 245368)
amy.frenzen@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105-2235
Telephone:  (415) 591-7500
Facsimile:   (415) 591-7510

FRANCIS DIGIOVANNI (*pro hac vice*; DE 3189)
francis.digiovanni@dbr.com
DRINKER BIDDLE & REATH LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE  19801-1621
Telephone:  (302) 591-4266
Facsimile:   (302) 467-4201

ANN E. KINSEY (SBN 299755)
akinsey@bkflaw.com
BLANCHARD, KRASNER & FRENCH
800 Silverado Street, 2nd Floor
La Jolla, CA  92037
Telephone:  (858) 551-2440
Facsimile:   (858) 551-2434

Attorneys for Defendant
GENZYME CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICINOVA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION, a Massachusetts Corporation,<br><br>Defendant. | Case No. 14-cv-2513-L-KSC<br><br>**DIGIOVANNI DECLARATION OF COMPLIANCE WITH MEET AND CONFER REQUIREMENT**<br><br>Magistrate Judge Karen S. Crawford |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DIGIOVANNI DECLARATION OF COMPLIANCE
WITH MEET AND CONFER REQUIREMENT

CASE NO. 14-CV-2513-L-KSC

# DECLARATION OF FRANCIS DIGIOVANNI IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE

I, Francis DiGiovanni, declare the following:

Pursuant to Chambers' Rule V.B., I, counsel for Genzyme, met and conferred with counsel for MediciNova (Matthew McConnell) on all issues set forth in the Joint Motion for Determination of Discovery Dispute, except for several discrete issues that are specifically noted in the joint motion.  Because counsel are located in different districts, telephone conferences were used for meet and confer discussions.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct, and that this declaration was executed this 26th day of April, 2017, in Wilmington, Delaware.

Dated:  April 26, 2017

Respectfully Submitted,

DRINKER BIDDLE & REATH LLP

By: */s/ Francis DiGiovanni*
Francis DiGiovanni

Attorney for Defendant
GENZYME CORPORATION
E-mail:
francis.digiovanni@dbr.com

88425911.1