UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICINOVA, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION, a Massachusetts Corporation,<br><br>  Defendant. | Case No.: 14-CV-2513 JLS (KSC)<br><br>**ORDER RESCHEDULING HEARING ON DEFENDANT GENZYME CORPORATION'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>(ECF Nos. 158, 159) |

Presently before the Court are Defendant Genzyme Corporation's Motion for Attorneys' Fees ("Mot," ECF No. 158) and Application for Entry of Bill of Costs ("Bill of Costs," ECF No. 159), both scheduled for hearing on March 25, 2021. On February 19, 2021, the Parties jointly called Chambers to request that the hearing be rescheduled for April 8, 2021. Good cause appearing, the Court **RESCHEDULES** the hearing on the Motion and Bill of Costs for 1:30 p.m. on April 8, 2021. Any opposition to or reply in

/ / /
/ / /
/ / /
/ / /
/ / /

1

support of the Motion and Bill of Costs shall be filed in accordance with Civil Local Rule 7.1(e).

**IT IS SO ORDERED.**

Dated: February 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge