UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDICINOVA, INC.,<br>a Delaware Corporation,<br><br>                              Plaintiff,<br><br>v.<br><br>GENZYME CORPORATION,<br>a Massachusetts Corporation,<br><br>                              Defendant. | Case No.:  14-CV-2513 JLS (KSC)<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 158, 159) |

Presently before the Court are Defendant Genzyme Corporation's Motion for Attorneys' Fees (ECF No. 158) and Application for Entry of Bill of Costs (ECF No. 159). The Court **VACATES** the hearing set for April 8, 2021, and takes the matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 2, 2021

Hon. Janis L. Sammartino
United States District Judge